# United States Bankruptcy Court
## Southern District of Georgia

In re **Arder M Chong**                                                                Case No. _____
                           Debtor(s)                                                   Chapter **13**

## TRANSMITTAL OF PAY ADVICES

The Debtor(s) submit pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1. Debtor        **Arder M Chong**

   Employer     _____

   Dates of Pay Advices:    From  _____    To  _____

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

   [✓]    The Debtor was not employed.

   [ ]    The Debtor's source of income was from Social Security.

   [ ]    The Debtor was self employed.

2. Joint Debtor (Spouse)   _____

   Employer     _____

   Dates of Pay Advices:    From  _____    To  _____

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

   [ ]    The Joint Debtor was not employed.

   [ ]    The Joint Debtor's source of income was from Social Security.

   [ ]    The Joint Debtor was self employed.

| /s/ John E. Pytte | May 29, 2015 | /s/ Arder M Chong | May 29, 2015 |
|---|---|---|---|
| Signature of Attorney | Date | Signature of Debtor | Date |
| **John E. Pytte 590555** | | | |
| Name of Attorney | | Signature of Joint Debtor (if any) | Date |