# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In the matter of: | ) | |
| **Arder M Chong** | ) | Chapter 13 Case |
| | ) | |
| | ) | Number   **15-40789** |
| *Debtor(s)* | ) | |

## MOTION REGARDING CHAPTER 13 PLAN PAYMENTS

The above-captioned Debtor(s) hereby requests that the Chapter 13 plan payments be remitted as indicated by the checked box:

☐ **Wage Withholding.** A completed Order to Commence Withholding is attached. The undersigned Debtor, by submitting the completed Order to Commence Withholding, grants permission to the Court to provide the Debtor's employer with the Debtor's taxpayer identification number for the sole purpose of identifying the Debtor as an employee; or

☑ **Direct Pay.** A completed Order to Allow Direct Plan Payments to Trustee is attached. The Debtor receives income from self-employment, social security, pension or other income from which withholding is not feasible for the following reasons:

_____

_____

_____

_____

(Give name and nature of business and explain why direct payment is necessary.)

DATED:   **May 29, 2015**

**/s/ Arder M Chong**

**Arder M Chong**
Debtor

**/s/ John E. Pytte**

**John E. Pytte 590555**
Attorney for Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy