B6C (Official Form 6C) (4/13)

In re **Arder M Chong**,     Case No. __**15-40789**__
                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Geo Vista Credit Union Checking** | **O.C.G.A. § 44-13-100(a)(6)** | **550.00** | **550.00** |
| **Wells Fargo Checking & Savings** | **O.C.G.A. § 44-13-100(a)(6)** | **10.00** | **10.00** |
| **Household Goods and Furnishings** | | | |
| **hhgs** | **O.C.G.A. § 44-13-100(a)(4)** | **4,000.00** | **4,000.00** |
| **Wearing Apparel** | | | |
| **clothing** | **O.C.G.A. § 44-13-100(a)(4)** | **150.00** | **150.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **totalled 2008 Kia** | **O.C.G.A. § 44-13-100(a)(3)** | **100.00** | **100.00** |
| | Total: | **4,810.00** | **4,810.00** |

__**0**__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re **Arder M Chong**, Case No. **15-40789**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx3319<br><br>Americas Servicing Co<br>Po Box 10328<br>Des Moines, IA 50306 | | - | Opened 4/01/06 Last Active 2/18/15<br><br>804 Thrasher Ct.<br>Hinesville, GA 31313<br>County Value: 75,701<br><br>Value $ 75,701.00 | | | | 94,720.00 | 19,019.00 |
| Account No. xxxxx6688<br><br>Bank of America<br>Attn: Correspondence<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062 | | - | Opened 8/01/06 Last Active 2/21/15<br><br>422 Willow Oak Lane<br>Hinesville GA 31313<br>County Value: 181,424<br><br>Value $ 181,424.00 | | | | 152,662.00 | 0.00 |
| Account No. xxxxxxxxxxxx2000<br><br>Citibank Na<br>Citicorp/Attn: Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179 | | - | Opened 8/01/05 Last Active 10/14/14<br><br>4901 Michigan Avenue<br>St Louis, MO 63125<br>County Value: 57,200<br><br>Value $ 57,200.00 | | | | 41,349.00 | 0.00 |
| Account No. xxxxxxxxxxxx0288<br><br>Consumer Loan Center<br>PO Box 5570<br>Locator BR-YB58-01-5<br>Cleveland, OH 44101-0570 | | - | 304 Quail Run Dr.<br>Hinesville, GA 31313<br>County Value: 163,663<br><br>Value $ 163,663.00 | | | | 50,522.44 | 21,076.44 |
| **2** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 339,253.44 | 40,095.44 |

In re **Arder M Chong**, Case No. **15-40789**
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx2619<br><br>**Land Home Financial Services, INC**<br>**Special Servicing**<br>**PO Box 25164**<br>**Santa Ana, CA 92799-5164** | | - | **804 Thrasher Ct.**<br>**Hinesville, GA 31313**<br>**County Value: 75,701**<br><br>Value $ 75,701.00 | | | | 2,203.46 | 2,203.46 |
| Account No. xxxxxxxxxx1034<br><br>**LTD FINANCIAL**<br>**7322 SOUTHWEST FRYW**<br>**SUITE 1600**<br>**HOUSTON, TX 77074** | | - | **102 Shallowford Circle**<br>**Hinesville GA 31313**<br>**County Value: 159,911**<br><br>Value $ 159,911.00 | | | | 29,018.03 | 5,856.03 |
| Account No. xxxxx9494<br><br>**Nationstar Mortgage LLC**<br>**Attn: Bankruptcy**<br>**350 Highland Dr**<br>**Lewisville, TX 75067** | | - | **Opened 9/01/05 Last Active 9/30/14**<br><br>**641 Honey Ridge Lane**<br>**Hinesville, GA 31313**<br>**County Value: 80,543**<br><br>Value $ 80,543.00 | | | | 78,700.00 | 0.00 |
| Account No. xxxxx6320<br><br>**Ocwen Loan Servicing L**<br>**12650 Ingenuity Dr**<br>**Orlando, FL 32826** | | - | **Opened 8/01/05 Last Active 4/13/15**<br><br>**102 Shallowford Circle**<br>**Hinesville GA 31313**<br>**County Value: 159,911**<br><br>Value $ 159,911.00 | | | | 136,749.00 | 0.00 |
| Account No. xxxxxxxx3536<br><br>**Pnc Mortgage**<br>**Po Box 8703**<br>**Dayton, OH 45401** | | - | **Opened 11/01/07 Last Active 5/11/15**<br><br>**4901 Michigan Avenue**<br>**St Louis, MO 63125**<br>**County Value: 57,200**<br><br>Value $ 57,200.00 | | | | 66,751.00 | 50,900.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) 313,421.49 | 58,959.49

In re **Arder M Chong**, Case No. **15-40789**
                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx3769**<br><br>**Preferred Credit Inc**<br>**Po Box 1970**<br>**St Cloud, MN 56302** | - | | Opened 10/01/14  Last Active 4/09/15<br><br>804 Thrasher Ct.<br>Hinesville, GA 31313<br>County Value: 75,701<br><br>Value $ 75,701.00 | | | | 7,058.00 | 7,058.00 |
| Account No. **xxxxxxxxx5403**<br><br>**Suntrust Mortgage/cc 5**<br>**Attn:Bankruptcy Dept**<br>**Po Box 85092 Mc Va-Wmrk-7952**<br>**Richmond, VA 23286** | - | | Opened 10/01/05  Last Active 4/14/15<br><br>304 Quail Run Dr.<br>Hinesville, GA 31313<br>County Value: 163,663<br><br>Value $ 163,663.00 | | | | 134,217.00 | 0.00 |
| Account No. **xxxxxxxxx7495**<br><br>**Usaa Federal Savings**<br>**1 Corporate Dr Ste 360**<br>**Lake Zurich, IL 60047** | - | | Opened 6/01/06  Last Active 10/01/12<br><br>812 Forest Street<br>Hinesville, GA 31313<br>County Value: 270,289<br><br>Value $ 270,289.00 | | | | 283,626.00 | 13,337.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 424,901.00 | 20,395.00

Total (Report on Summary of Schedules) | 1,077,575.93 | 119,449.93

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Arder M Chong**                                                                                    Case No.   **15-40789**
                             Debtor(s)                                                                                Chapter    **13**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of  **6**  page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June  4, 2015**                                    Signature   **/s/ Arder M Chong**
                                                                                   **Arder M Chong**
                                                                                   Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                                  18 U.S.C. §§   152 and 3571.

# United States Bankruptcy Court
## Southern District of Georgia

| | | |
|---|---|---|
| In re  **Arder M Chong** | Case No. | **15-40789** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **June  4, 2015**, a copy of   **Amended Schedule D & C, Notice of Bankruptcy, 341 Meeting of Creditors, Chapter 13 Plan, Proof of Claim**   was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**O.Byron Meredith III**
**Chapter 13 Trustee**

**Consumer Loan Center**
**PO Box 5570**
**Locator BR-YB58-01-5**
**Cleveland OH, 44101**

**Land Home Financial Services, Inc**
**Special Servicing**
**PO Box 25164**
**Santa Ana, CA 92799-5164**

**LTD Financial**
**7322 Southwest FRYW**
**Ste 1600**
**Houston, TX 77074**

**/s/ John E. Pytte**
**John E. Pytte 590555**
**John Pytte**
**P.O. BOX 949**
**Hinesville, GA 31310**
**912-369-3569Fax:912-367-3579**
**johnpytte@jpytte.com**