# IN THE UNITED STATES BANKRUPTCY COURT FOR
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN RE: | |
| ARDER CHONG | Case No: 15-40789-EJC |
| Debtor | Chapter 13 |
| BANK OF AMERICA, N.A., as servicing agent for BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP | |
| Movant | |
| Vs. | |
| ARDER CHONG | |
| Respondent | |

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, BANK OF AMERICA, N.A., AS SERVICING AGENT FOR BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, (hereinafter known as "Creditor") by and through its attorneys, Phelan Hallinan Diamond & Jones, PLLC, and objects to confirmation of Debtor's proposed plan based on the following:

1.

Creditor holds a security interest in Debtor's real property located at 422 WILLOW OAK LANE, HINESVILLE, GEORGIA 31313, by virtue of a Security Instrument assigned to Creditor.

2.

This is the second case Debtor has filed in the past twelve months. His first case was filed on November 3, 2014 and was dismissed with prejudice by this Court on January 8, 2015. The Court's dismissal order barred the Debtor from refiling a petition for 180 days. Therefore, the Debtor was prohibited from filing another bankruptcy until July 7, 2015. Therefore, this case should be dismissed.

3.

Furthermore, Debtor owes Creditor approximately $9,249.00 in arrears and the filed plan fails to provide for that treatment.

3.

Creditor asserts it does not have adequate protection and Debtor's plan fails to provide for the curing of the default "within a reasonable time," as required under 11 U.S.C. § 1322(b)(5).

Wherefore, Creditor prays that the Court deny confirmation of Debtor's plan. Creditor prays for such other and further relief as is just and equitable.

Respectfully Submitted,

Date      June 24, 2015         /s/ Ryan Starks, Esquire
                                Ryan Starks, Esquire
                                Georgia Bar No. 676512
                                Phelan Hallinan Diamond & Jones, PLLC
                                11675 Great Oaks Way
                                Suite 375
                                Alpharetta, GA 30022
                                Tel: 770-393-4300 Ext 60024
                                Fax: 770-393-4310
                                Email: ryan.starks@phelanhallinan.com
                                GASD.bankruptcy@phelanhallinan.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT
SAVANNAH DIVISION

Chapter 13
Case No. 15-40789-EJC

In Re:
ARDER CHONG, Debtor

I, Ryan Starks, certify that a true and correct copy of the attached Objection to Confirmation of Plan was served upon the following persons via first class mail, U.S. Postage paid or by electronic notification:

ARDER CHONG
PO BOX 465
WALTHOURVILLE, GA 31333

JOHN E. PYTTE
PO BOX 949
HINESVILLE, GA 31310

O. BYRON MEREDITH, III, TRUSTEE
P.O. BOX 10556
SAVANNAH, GA 31412

Date   June 24, 2015              /s/ Ryan Starks, Esquire
                                  Ryan Starks, Esquire
                                  Georgia Bar No. 676512
                                  Phelan Hallinan Diamond & Jones, PLLC
                                  11675 Great Oaks Way
                                  Suite 375
                                  Alpharetta, GA 30022
                                  Tel: 770-393-4300 Ext 60024
                                  Fax: 770-393-4310
                                  Email: ryan.starks@phelanhallinan.com
                                  GASD.bankruptcy@phelanhallinan.com