# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Arder M Chong, | Case No. 15-40789-EJC |
| Debtor. | |
| U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC4, Asset-Backed Certificates, Series 2006-AC4, its successors or assigns, | Judge Edward J. Coleman, III |
| Movant, | |
| V. | |
| Arder M Chong, Debtor, and O Byron Meredith, III, Chapter 13, | |
| Respondents. | |

## OBJECTION TO CONFIRMATION

COMES NOW the Movant, U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC4, Asset-Backed Certificates, Series 2006-AC4, its successors or assigns, by and through its attorneys, Shapiro, Swertfeger & Hasty, LLP, and objects to the Confirmation of Debtor's Chapter 13 Plan on the following grounds:

1.

This Objection will be heard at confirmation which is scheduled for August 4, 2015, at 9:00 a.m., United States Bankruptcy Court, 125 Bull Street, 2nd Floor, Savannah, GA 31401.

2.

As collateral for a Note, Respondent has executed a Deed to Secure Debt conveying to Movant certain improved real property located at 804 Thrasher Court, Hinesville, GA 31313.

3.

Movant is a secured creditor, with a Proof of Claim to be filed for an unpaid principal balance of approximately $66,263.01 and Movant anticipates a pre-petition arrearage amount of approximately $7,938.44, which represents seven (7) months of non-payment.

4.

Movant asserts that the Debtor has made no provision under the proposed Chapter 13 plan for payment of its pre petition secured claim. Accordingly, Movant asserts it does not have adequate protection. Also, the proposed Chapter 13 Plan fails to provide for the curing of the default "within a reasonable time," as required by 11 U.S.C. Section 1322(b).

5.

Creditor objects to the confirmation of the Chapter 13 plan on the grounds that the plan does not comply with the provisions of Chapter 13 of the Bankruptcy Code including the requirements of 11 U.S.C. § 1325 and 11 U.S.C.§ 1322. Debtor fails to properly treat the claim of creditor. The plan has not been composed in good faith and Movant is not receiving the same or equivalent benefit it would receive under a Chapter 7 liquidation.

WHEREFORE, Movant respectfully requests that this Objection to Confirmation be reviewed, that Debtor's plan be denied confirmation, and this Court grant such other relief as it deems proper.

Shapiro, Swertfeger & Hasty, LLP

/s/Taylor Mansell
Taylor Mansell
Georgia Bar No. 940461
tmansell@logs.com
2872 Woodcock Blvd.
Suite 100
Atlanta, GA 30341-3941
(770) 220-2535

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Arder M Chong, | Case No. 15-40789-EJC |
| Debtor. | |
| U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-AC4, Asset-Backed Certificates, Series 2006-AC4, its successors or assigns, | Judge Edward J. Coleman, III |
| Movant, | |
| V. | |
| Arder M Chong, Debtor, and O Byron Meredith, III, Chapter 13, | |
| Respondents. | |

**CERTIFICATE OF SERVICE**

    I, Taylor Mansell certify that I am, and at all times hereinafter mentioned, was more than 18 years of age; and that on the \_\_\_\_9th\_\_\_ day of July, 2015, I served a copy of the within Objection to Confirmation filed in this bankruptcy proceeding, on the Respondent by first-class mail addressed as follows:

    Arder M Chong
    PO Box 465
    Walthourville, GA 31333

    John E. Pytte
    P O Box 949
    Hinesville, GA 31310

    O Byron Meredith, III
    P O Box 10556
    Savannah, GA 31412

**United States Trustee**
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401

                        Shapiro, Swertfeger & Hasty, LLP

                        /s/Taylor Mansell
                        Taylor Mansell
                        Georgia Bar No. 940461
                        tmansell@logs.com
                        2872 Woodcock Blvd.
                        Suite 100
                        Atlanta, GA 30341-3941
                        (770) 220-2535