IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| ARDER M. CHONG, | ) | NO.: 15-40789-EJC |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |

OBJECTION TO CONFIRMATION

COMES NOW PNC Bank, National Association (hereinafter known as "Creditor"), a secured creditor holding a Deed of Trust against the real property commonly known as 4901 MICHIGAN AVE, ST LOUIS, MO 63111 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 11) (the "Plan").

1.

Debtor's Plan underestimates the estimated prepetition arrearage amount of $77.11 owed to Creditor for the Property.

2.

The Debtor is ineligible to be a debtor in this bankruptcy case since Debtor's previous case was dismissed with prejudice on January 8, 2015 and Debtor was ineligible to file another bankruptcy case until July 7, 2015.  Pursuant to 11 USC §362(b)(21), there is no automatic stay with respect to the Property.

3.

Debtor's budget reflects expenses of $640.00 for Food and $200.00 for Personal Care. These expenses are excessive and unecessary.  By reducing these expenses, Debtor should have

additional monthly disposable income to go toward creditors, including secured creditors. The Plan as proposed is in violation of 11 U.S.C. Section 1325(a)(3).

4.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, Creditor prays that the Court will:

1. deny confirmation;

2. award reasonable attorney's fees; and

3. grant such other and further relief as is just and equitable.

/s/ Brian K. Jordan
Brian K. Jordan BAR NO. 113008
Attorney for Creditor
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-321-6965
bkj@mccallaraymer.com

| | |
|---|---|
| In Re:<br>    Arder M. Chong | Bankruptcy Case No.:  15-40789 |
| | Chapter:  13 |
| | Judge  Edward J Coleman III |

CERTIFICATE OF SERVICE

I, Brian K Jordan, of McCalla Raymer, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Arder M. Chong
Post Office Box 465
Walthourville, GA 31333

John E. Pytte                                   *(served via ECF Notification)*
Post Office Box 949
Hinesville, GA 31310

O Byron Meredith, III, Trustee         *(served via ECF Notification)*
P O Box 10556
Savannah, GA 31412

Stephen F. Greenberg                      *(served via email at sbeeler@wswgs.com)*
Weiner, Shearouse, Weitz, Greenberg & Shawe
14 East State Street
Savannah, GA 31401

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   7/29/15    By:   /s/ Brian K. Jordan
                (date)                Brian K Jordan
                                   GEORGIA BAR NO. 113008
                                   Attorney for Creditor