IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

ARDER M. CHONG
PO BOX 465
WALTHOURVILLE, GA 31333

Chapter 13
Case No.  15-40789-EJC

Debtor(s)

### TRUSTEE'S MOTION ON PLAN CONFIRMATION  - Continue

[X] Trustee moves that confirmation be continued for a period of not less than __60__ days and that Debtor(s)' counsel file all plan modifications on claim objections not later than _____.

[ ] Trustee moves that the case be dismissed.

[ ] Trustee moves that debtor(s)' plan be confirmed, subject to payment of the filing fee. The plan commits Debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan will pay **$0.00** or more to unsecured creditors, but in any event will pay not less than **0.00%** of the total allowed unsecured claims.

[ ] Trustee moves that the case be dismissed if the filing fee is not paid in full by _____.

[ ] Debtor(s)' plan is amended to provide:  **Debtor is above median and must remain in a 60-month Plan.**

[ ] Raise payments/extend plan as follows:

[ ] Change valuation(s) as follows:

[X] Allow/Modify/Disallow claims as follows:  **US Bank N.A. arrearage claim shall be allowed as filed (if timely filed), subject to review and objection by Debtor and/or Trustee.**

**PNC Bank, N.A. arrearage claim shall be allowed as filed (if timely filed), subject to review and objection by Debtor and/or Trustee.**

[ ] Allow the following creditors a period of _____ days following confirmation to liquidate the collateral surrendered under the Debtor(s)' plan and to file any deficiency general unsecured claim subject to any party in interest's right to object to any subsequent claim:

[ ] Retain the right to file objections by the Debtor(s) to the following claims within 30 days of confirmation:

[X] OTHER:  **Outstanding objections by:**
   **(1) Trustee - unresolved**
   **(2) U.S. Bank National Associaion resolved**
   **(3) PNC Bank, National Association resolved**
   (4) Bank of America - unresolved
**Confirmation hearing continued to resolve outstanding objections.**

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given.  This  _4_ day of August, 2015.

If applicable:

_____
Debtor Counsel  JOHN E PYTTE, 590555

_____
Debtor                    Debtor

_____
Creditor's Counsel

_____
Chapter 13 Trustee Attorney

_____ O. BYRON MEREDITH III, Trustee, Georgia Bar #002300

_____ JEFF NARMORE, Georgia Bar #412079

_____ ANDRAYA MIMMS, Georgia Bar #509955

_by_ LAURA A. GRIFKA, Georgia Bar #312055