**IT IS ORDERED as set forth below:**



Date: August 11, 2015

_____
Edward J. Coleman, III
United States Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
)
ARDER M. CHONG ) Chapter 13
PO BOX 465 ) Case No.   15-40789-EJC
WALTHOURVILLE, GA 31333 )
)
Debtor(s) )

**ORDER ON CONFIRMATION**

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

[ ] Denied and the case is dismissed.

[ ] Denied and the case is dismissed with prejudice against refiling for 180 days.

　　[ ] Unless converted to a case under Chapter 7 within fifteen (15) days.

[ ] Granted upon condition that: Debtor pay $_____ by _____.

　　[ ] Debtor Pay $_____ per _____ until _____.

　　[ ] Debtor attends next scheduled § 341 Meeting and no timely objection to confirmation is filed thereafter. If an objection is filed, confirmation will be reassigned for hearing.

　　[ ] Debtor makes all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within ten (10) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

　　[ ] Debtor pay balance of filing fee by _____.

[X] Continued to _October 19, 2015_ at **9:00 A.M.**

　　[ ] Upon payment of $_____ by _____;

　　[X] With payments of **$1,215.00** per **month (8/15 & 9/15)** in the interim;

　　[ ] Debtor's counsel is ordered to file a modified plan by _____;

　　[ ] Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

[X] Upon condition that Debtor **resolves all outstanding objections to confirmation;**

[X] Upon the failure of Debtor or Debtor's counsel to strictly comply with the terms of this Order the case may be dismissed without further notice or hearing.

**[END OF DOCUMENT]**

Prepared by:

*[signature]*

for

O. Byron Meredith III
Chapter 13 Trustee
Georgia Bar # 002380
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

Laura A. Grifka, For The Chapter 13 Trustee
GA Bar #312055

Consented to by:

*[signature]*

JOHN E PYTTE     590 555
912-369-3569
P O BOX 949
HINESVILLE, GA 31310-0949

1540789