B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Chong, Arder M | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Arder M Reip | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>xxx-xx-1187 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>8 Oak St<br>Hinesville, GA<br>ZIP Code: 31313 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Liberty | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 465<br>Walthourville, GA<br>ZIP Code: 31333 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)    Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Chong, Arder M** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **Southern District of Georgia** | Case Number: **14-41837** | Date Filed: **11/03/14** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X **/s/ John E. Pytte**        **September 3, 2015** <br>    Signature of Attorney for Debtor(s)       (Date) <br> **John E. Pytte 590555** |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Chong, Arder M** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Arder M Chong**
Signature of Debtor **Arder M Chong**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 3, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ John E. Pytte**
Signature of Attorney for Debtor(s)

**John E. Pytte 590555**
Printed Name of Attorney for Debtor(s)

**John Pytte**
Firm Name

**P.O. BOX 949**
**Hinesville, GA 31310**

Address

Email: **johnpytte@jpytte.com**
**912-369-3569  Fax: 912-367-3579**
Telephone Number

**September 3, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Arder M Chong**                                             Case No.   **15-40789**
                                     Debtor(s)                        Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 3, 2015**, a copy of **Amended Voluntary Petition, Notice of Bankruptcy, 341 Meeting of Creditors** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**O.Byron Meredith III
Chapter 13 Trustee**

See Exhibit A

/s/ John E. Pytte
John E. Pytte 590555
John Pytte
P.O. BOX 949
Hinesville, GA 31310
912-369-3569 Fax:912-367-3579
johnpytte@jpytte.com

```
Label Matrix for local noticing              AMERICAS SERVICING COMPANY                America's Servicing Company
113J-4                                       ATTENTION:  Bankruptcy Department MAC #D  Attn BK Dept MAC #D3347-014
Case 15-40789-EJC                            3476 STATEVIEW BLVD                       3476 Stateview Blvd
Southern District of Georgia                 FORT MILL, SC 29715-7203                  Fort Mill, SC 29715-7203
Savannah
Wed Sep  2 16:58:56 EDT 2015

Americas Servicing Co                        Aurora Loan Services                      BANK OF AMERICA
Po Box 10328                                 Attn: Bankruptcy Dept.                    ATTN:  BANKRUPTCY DEPARTMENT
Des Moines IA 50306-0328                     2617 College Park                         P.O. BOX 5170
                                             Scottsbluff NE 69361-2294                 SIMI VALLEY, CA 93062-5170


Bank of America                              Bedford Fair                              Brownstone Studios/Commenity Bank
Attn: Correspondence Unit/CA6-919-02-41      Comenity Capital Bank                     Commenity Bank
Po Box 5170                                  Po Box 183003                             Po Box 182125
Simi Valley CA 93062-5170                    Columbus OH 43218-3003                    Columbus OH 43218-2125


Capital One                                  Lisa F. Caplan                            Chase Bank Usa, Na
Po Box 30253                                 Rubin Lublin, LLC                         Po Box 15298
Salt Lake City UT 84130-0253                 3740 Davinci Court                        Wilmington DE 19850-5298
                                             Suite 150
                                             Peachtree Corners, GA 30092-7614


Chase Card                                   Arder M. Chong                            Citibank Na
Po Box 15298                                 PO Box 465                                Citicorp/Attn: Centralized Bankruptcy
Wilmington DE 19850-5298                     Walthourville, GA 31333-0465              Po Box 790040
                                                                                       Saint Louis MO 63179-0040


Citibank/The Home Depot                      Citizens Bank                             Comenity Bank/Bedford Fair
Citicorp Credit Srvs/Centralized Bankrup     Attn: Bankruptcy Dept                     Attention: Bankruptcy
Po Box 790040                                443 Jefferson Blvd Ms Rjw-135             Po Box 182125
Saint Louis MO 63179-0040                    Warwick RI 02886-1321                     Columbus OH 43218-2125


Comenity Bank/Chadwicks                      Comenity Bank/Peebles                     Consumer Loan Center
Attn: Bankruptcy                             Attention: Bankruptcy                     PO Box 5570
Po  Box 182686                               Po Box 182125                             Locator BR-YB58-01-5
Columbus OH 43218-2686                       Columbus OH 43218-2125                    Cleveland, OH 44101-0570


Department Stores National Bank For Macys Br E*trade                                   EMC Mortgage/Chase
Bankruptcy Processing                        6750 Miller Rd.                           3415 Vision Drive
Po Box 8053                                  Brecksville OH 44141-3262                 Mail Code OH4-7126
Mason, OH 45040-8053                                                                   Columbus OH 43219-6009


First Premier Bank                           GECRB/JC Penny                            Stephen F Greenberg
601 S Minnesota Ave                          Attention:  Bankruptcy                    Weiner Shearouse Weitz Greenberg Shawe
Sioux Falls SD 57104-4868                    Po Box 103104                             14 East State St
                                             Roswell GA 30076-9104                     P O Box 10105
                                                                                       Savannah, GA 31412-0305


A. Michelle Hart-Ippoliti                    Healthcare Credit Un                      Brian K Jordan
McCalla Raymer, LLC                          2114 S Big Bend                           Aldridge Pite, LLP
1544 Old Alabama Rd                          Saint Louis MO 63117-2400                 Fifteen Piedmont Center
Roswell, GA 30076-2102                                                                 3575 Piedmont Road, N.E.
                                                                                       Suite 500
                                                                                       Atlanta, GA 30305-1623
```

LTD Financial
7322 Southwest Fryw
Suite 1600
Houston, TX 77074-2134

Land Home Financial Services, Inc
Special Servicing
PO Box 25164
Santa Ana, CA 92799-5164

Liberty County Tax Assecor
P.O. Box 587
Hinesville GA 31310-0587

Macy's/dsnb
9111 Duke Blvd
Mason OH 45040-8999

Taylor Schlairet Mansell
Shapiro Pendergast & Hasty, LLP
2872 Woodcock Blvd, Ste 100
Atlanta, GA 30341-4015

Travis Emil Menk
Brock and Scott, PLLC
5121 Parkway Plaza Blvd
Suite 300
Charlotte, NC 28217-1965

O Byron Meredith III
P O Box 10556
Savannah, GA 31412-0756

Mortgage Service Center
Attn: Bankruptcy Dept
Po Box 5452
Mt Laurel NJ 08054-5452

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando FL 32826-2703

Ocwen Loan Servicing LLC
PO Box 24605
West Palm Beach, FL 33416-4605

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach, FL 33416-4605

PNC Mortgage
Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342-5421

Pnc Mortgage
Po Box 8703
Dayton OH 45401-8703

Preferred Credit Inc
Po Box 1970
St Cloud MN 56302-1970

Primary Capital Mortga
1000 Parkwood Cir Se Ste
Atlanta GA 30339-2173

Primary Capital Mortga
2100 Riveredge Pkwy Ste 950
Atlanta GA 30328-4663

John E. Pytte
P O Box 949
Hinesville, GA 31310-0949

John D. Schlotter
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Rd., NE, Suite 500
Atlanta, GA 30305-1623

Sears/cbna
133200 Smith Rd
Cleveland OH 44130

Sears/cbna
Po Box 6282
Sioux Falls SD 57117-6282

Stephen Ryan Starks
Phelan Hallinan & Jones, LLC
11675 Great Oaks Way
Suite 375
Alpharetta, GA 30022-2434

SunTrust Mortgage, Inc.
Bankruptcy Department RVW 3034
PO Box 27767
Richmond, VA 23261

Suntrust Mortgage, Inc.
P.O. Box 27767
Richmond, VA 23261-7767

Suntrust Mortgage/cc 5
Attn:Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond VA 23285-5092

U.S. Bank National Association, as Trustee
c/o Wells Fargo Bank, N.A., as servicer
Attn: Bankruptcy Dept./MAC#D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

United Guaranty Residential Ins Co of NC
PO Box 20327
Greensboro, NC 27420-0327

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Usaa Federal Savings
1 Corporate Dr Ste 360
Lake Zurich IL 60047-8945

Usaa Fsb
10750 Mcdermott Fwy
San Antonio TX 78288-1600

Wells Fargo Bank Nv Na
Attn: Deposits Bankruptcy MAC# P6103-05K
Po Box 3908
Portland OR 97208-3908

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage LLC              Us Bank
Attn: Bankruptcy                     Attention: Bankruptcy Dept.
350 Highland Dr                      Po Box 5229
Lewisville TX 75067                  Cincinnati OH 45201

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC           (u)OCWEN LOAN SERVICING, LLC         (u)PNC BANK, NATIONAL ASSOCIATION


(u)PNC Mortgage                      (u)SunTrust Mortgage, Inc.           (u)USAA FEDERAL SAVINGS BANK,


End of Label Matrix
Mailable recipients    60
Bypassed recipients     6
Total                  66