IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of )
)   Chapter 13
ARDER M. CHONG )   Case No. 15-40789-EJC
PO BOX 465 )
WALTHOURVILLE, GA 31333 )
)
)
SSN: xxx-xx-1187 )
           Debtor )
)

## TRUSTEE'S REPORT OF CONFIRMATION

On Tuesday, January 5, 2016, the Bankruptcy Court confirmed the above debtor(s)' plan with payments of $4,234.00 MONTHLY for a period of 60 months. Disbursements shall be made by O. Byron Meredith III, Trustee, to the following creditors:

| Claim # | Cred # | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|---|
| 00000 | 318 | JOHN E PYTTE | ATTORNEY FEE | $3,000.00 |
| 00000 | 614 | CLERK OF U S BANKRUPTCY CRT | FILING FEE | $235.00 |
| 00000 | 16027 | CLERK U S BANKRUPTCY COURT | NOTICE FEE | $75.00 |
| 00000 | 247345 | BANK OF AMERICA NA | NOT PAID | $650.00 |
| 00000 | 334641 | US BANK | NOT PAID | $650.00 |
| 00000 | 262811 | SUNTRUST MORTGAGE, INC | NOT PAID | $826.00 |
| 00000 | 328475 | OCWEN LOAN SERVICING LLC | NOT PAID | $400.00 |
| 00001 | 327346 | DEPARTMENT STORES NAT'L BANK / MACY' | UNSECURED | $568.62 |
| 00002 | 137784 | PREFERRED CREDIT | NOT PAID | $6,859.89 |
| 00003 | 159973 | AMERICA'S SERVICING COMPANY | NOT PAID | $100,841.18 |
| 00004 | 274191 | PNC MORTGAGE | NOT PAID | $67,143.48 |
| 00005 | 262811 | SUNTRUST MORTGAGE, INC | NOT PAID | $137,027.80 |
| 00006 | 257445 | USAA FEDERAL SAVINGS BANK | NOT PAID | $334,452.61 |
| 00007 | 48260 | UNITED GUARANTY INSURANCE CO. | ONGOING MORTGAGE P, | $35,493.03 |
| 00008 | 328475 | OCWEN LOAN SERVICING LLC | NOT PAID | $138,362.80 |
| 00009 | 332244 | NATIONSTAR MORTGAGE LLC | NOT PAID | $84,396.73 |
| 00010 | 247345 | BANK OF AMERICA NA | NOT PAID | $158,756.33 |
| 00011 | 315765 | SPECIALIZED LOAN SERVICING LLC | ONGOING MORTGAGE P, | $72,477.78 |
| 01003 | 159973 | AMERICA'S SERVICING COMPANY | NOT PAID | $7,938.44 |
| 01004 | 274191 | PNC MORTGAGE | MTG ARREARS | $77.11 |
| 01005 | 262811 | SUNTRUST MORTGAGE, INC | NOT PAID | $5,408.90 |
| 01006 | 257445 | USAA FEDERAL SAVINGS BANK | MTG ARREARS | $62,813.11 |
| 01008 | 328475 | OCWEN LOAN SERVICING LLC | MTG ARREARS | $4,125.49 |
| 01009 | 332244 | NATIONSTAR MORTGAGE LLC | MTG ARREARS | $6,989.11 |
| 01010 | 247345 | BANK OF AMERICA NA | MTG ARREARS | $9,631.92 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Report of Confirmation have been forwarded by first class mail, postage prepaid, to the debtor(s), all parties listed above; and by electronic noticing on debtor(s)' attorney in this case.

Dated this  4  day of  February, 2016.


s/ O. Byron Meredith III
O. Byron Meredith III
Georgia Bar # 002330
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052