## UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:                    )
                                     )
ARDER M. CHONG                       )    Chapter 13 Case No. 15-40789-EJC
PO BOX 465                           )
WALTHOURVILLE, GA 31333              )
                                     )
         Debtor(s)                   )

### TRUSTEE'S MOTION TO INCREASE PAYMENTS
### OR, IN THE ALTERNATIVE TO DISMISS AND REQUEST FOR HEARING

Comes now, O. Byron Meredith III, Chapter 13 Trustee and, pursuant to 11 U.S.C. §1329, hereby shows this Honorable Court the following:

1. Debtor(s) Chapter 13 plan was filed May 29, 2015. The plan was confirmed on January 05, 2016 with payments of $4,234.00.

2. Based upon the claims timely filed, this case must be increased to $4,287.00, per month beginning March 2016, in order to allow for general unsecured claims to be paid a 100% dividend or a pro rata share of $40,969.00, whichever is greater.

3. The Trustee requests that a hearing be scheduled on this motion unless a consent agreement, signed by the debtor, is filed with the Court within fourteen (14) days of the filing of this motion.

WHEREFORE, said Trustee prays Debtor increase plan payments as necessary to fund the Chapter 13 plan or the case be dismissed.

This 9 day of February, 2016.

s/ O. Byron Meredith III
O. Byron Meredith III
Georgia Bar # 002330
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been forwarded by first class mail, postage prepaid, to the above-named Debtor and by electronic noticing on attorney for the Debtor whose name appears below, on the 9 day of February, 2016.

Debtor(s):  ARDER M. CHONG
PO BOX 465
WALTHOURVILLE, GA 31333

Attorney:  JOHN E PYTTE
By Electronic Noticing

s/ O. Byron Meredith III
O. Byron Meredith III
Georgia Bar # 002330
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052