IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

ARDER M. CHONG
PO BOX 465
WALTHOURVILLE, GA 31333

Chapter 13
Case No. 15-40789-EJC

Debtor(s)

### TRUSTEE'S MOTION ON PLAN CONFIRMATION —MAC

[ ] Trustee moves that confirmation be continued for a period of not less than _____ days and that Debtor(s)' counsel file all plan modifications on claim objections not later than _____.

[ ] Trustee moves that debtor(s)' plan be confirmed, subject to payment of the filing fee. The plan commits Debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan will pay $_____ or more to unsecured creditors, but in any event will pay not less than _____% of the total allowed unsecured claims.

[ ] Trustee moves that the case be dismissed if the filing fee is not paid in full by _____.

[X] Debtor(s)' plan is amended to:

[X] Raise payments/extend plan as follows: RAISE to $1,403.00 to pay as proposed. Dividend shall remain 100%.

[ ] Change valuation(s) as follows:

[ ] Allow/Modify/Disallow claims as follows:

[ ] Allow the following creditors a period of _____ days following confirmation to liquidate the collateral surrendered under the Debtor(s)' plan and to file any deficiency general unsecured claim subject to any party in interest's right to object to any subsequent claim:

[ ] Retain the right to file objections by the Debtor(s) to the following claims within 30 days of confirmation:

[X] OTHER: TRUSTEE'S OBJECTION RESOLVED, and MAC recommended for approval as noted above.

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given. This 2 day of May, 2016.

If applicable:

_____
Debtor Counsel - JOHN E PYTTE   540555

_____
Debtor                Debtor

_____
Chapter 13 Trustee Attorney
____ O. BYRON MEREDITH III, Trustee, Georgia Bar #002300
____ JEFF NARMORE, Georgia Bar #412079
____ LAURA A. GRIFKA, Georgia Bar #312055

_____
Creditor's Counsel

139