IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of ) | |
| ) | Chapter 13 |
| ARDER M. CHONG ) | Case No. 15-40789-EJC |
| PO BOX 465 ) | |
| WALTHOURVILLE, GA 31333 ) | |
| ) | |
| SSN: xxx-xx-1187 ) | |
| Debtor ) | |
| ) | |

## TRUSTEE'S REPORT OF MODIFIED CONFIRMATION

On Monday, May 2, 2016, the Bankruptcy Court confirmed the above debtor(s)' modified plan with payments of $1,403.00 MONTHLY for a period of 60 months.  Disbursements shall be made by O. Byron Meredith III, Trustee, to the following creditors:

| Claim # | Cred # | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|---|
| 00000 | 318 | JOHN E PYTTE | ATTORNEY FEE | $3,000.00 |
| 00000 | 614 | CLERK OF U S BANKRUPTCY CRT | FILING FEE | $235.00 |
| 00000 | 16027 | CLERK U S BANKRUPTCY COURT | NOTICE FEE | $75.00 |
| 00000 | 247345 | BANK OF AMERICA NA | NOT PAID | $650.00 |
| 00000 | 334641 | US BANK | NOT PAID | $650.00 |
| 00000 | 262811 | SUNTRUST MORTGAGE, INC | NOT PAID | $826.00 |
| 00000 | 328475 | OCWEN LOAN SERVICING LLC | NOT PAID | $400.00 |
| 00001 | 327346 | DEPARTMENT STORES NAT'L BANK / MACY' | UNSECURED | $568.62 |
| 00002 | 137784 | PREFERRED CREDIT | NOT PAID | $6,859.89 |
| 00003 | 159973 | AMERICA'S SERVICING COMPANY | NOT PAID | $100,841.18 |
| 00004 | 274191 | PNC MORTGAGE | NOT PAID | $67,143.48 |
| 00005 | 262811 | SUNTRUST MORTGAGE, INC | NOT PAID | $137,027.80 |
| 00006 | 257445 | USAA FEDERAL SAVINGS BANK | NOT PAID | $334,452.61 |
| 00007 | 48260 | UNITED GUARANTY INSURANCE CO. | NOT PAID | $35,493.03 |
| 00008 | 328475 | OCWEN LOAN SERVICING LLC | NOT PAID | $138,362.80 |
| 00009 | 332244 | NATIONSTAR MORTGAGE LLC | NOT PAID | $84,396.73 |
| 00010 | 275689 | FEDERAL NATIONAL MORTGAGE ASSOCIAT | NOT PAID | $158,756.33 |
| 00011 | 315765 | SPECIALIZED LOAN SERVICING LLC | NOT PAID | $72,477.78 |
| 01003 | 159973 | AMERICA'S SERVICING COMPANY | NOT PAID | $7,938.44 |
| 01004 | 274191 | PNC MORTGAGE | NOT PAID | $77.11 |
| 01005 | 262811 | SUNTRUST MORTGAGE, INC | NOT PAID | $5,408.90 |
| 01006 | 257445 | USAA FEDERAL SAVINGS BANK | MTG ARREARS | $62,813.11 |
| 01008 | 328475 | OCWEN LOAN SERVICING LLC | NOT PAID | $4,125.49 |
| 01009 | 332244 | NATIONSTAR MORTGAGE LLC | NOT PAID | $6,989.11 |
| 01010 | 275689 | FEDERAL NATIONAL MORTGAGE ASSOCIAT | NOT PAID | $9,631.92 |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that copies of this Report of Confirmation have been forwarded by first class mail, postage prepaid, to the debtor(s), debtor(s)' attorney in this case and all parties listed above.

Dated this <u>6</u> day of <u>May</u>, 2016.


<u>s/ O. Byron Meredith III</u>
O. Byron Meredith III
Georgia Bar # 002330
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052