**IT IS ORDERED as set forth below:**




**Date: February 23, 2017**

Edward J. Coleman, III
United States Bankruptcy Court Judge

---

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Georgia**

---

In re:
**Arder M. Chong,**

Debtor(s)

Case No.: **15-40789**
Judge: **Edward J. Coleman, III**
Chapter: **13**

---

**ORDER ON MOTION FOR RELIEF FROM STAY**
**(Official Local Form B-55 / Revised October 2013)**

MOVANT: **U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2005-2 as serviced by Nationstar Mortgage LLC, its successors and/or assigns,**

SUBJECT PROPERTY: **641 Honey Ridge Lane, Hinesville, GA 31313**

After notice and a hearing the Motion is ordered:

[X] Granted

[X] The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within 60 days of this order.

[ ] The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

[ ] **Continued to ______________________ at ______ [ ] am [ ] pm**

119

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post-petition payment history to opposing counsel.

☐ Denied.

☐ Denied on the condition that.

☐ The Debtor shall make timely post-petition payments to Movant as required by the Chapter 13 plan.

☐ The Debtor shall tender payments to Movant or take other action as follows:

Post-petition arrearage is ______________ through the ________ payment due date, plus attorney's fees of ____________ and court costs of ____________ for a total arrearage of ____________ .

☐ Debtor shall pay to Movant the sum of ____________ on or before ________________ which sum shall be applied to the above-referenced total arrearage.

☐ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of ______________ per month beginning _________________ and continuing on the _______ day of each successive month thereafter, with a final additional payment of ______________ being due on or before _________________ .

☐ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning _________________, and maintain current monthly payments thereunder for the pendency of this case. All payments must include the last four digits of the account number **9494** and shall be sent to the following address, depending on the type of payment:

| **Nationstar Mortgage LLC**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 619094**<br>**Dallas, TX 75261-9741** |
|---|

STRICT COMPLIANCE IS ORDERED as follows:

☐ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the fact of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☐ If relief is granted under this Order, Movant and Trustee shall thereafter be relieved from complying with Fed. R. Bank, P. 3002.1 in the instant bankruptcy case prospectively from the date the relief is granted.

☐ The strict compliance provision of this Order shall expire on _________________ .

☒ Other provisions:

**IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court.**

**NOTE TO COUNSEL: THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.**

**[END OF DOCUMENT]**

| Attorney for Movant | No Defense! Attorney for Respondent/Debtor | Debtor | No Opposition Trustee |
|---|---|---|---|
| Stephen F. Greenberg | John E Pytte | | |
| Name (print) | Name (print) | Name (print) | Name (print) |
| 307750 | 570555 | | Laura A. Grifka, For The Chapter 13 Trustee GA Bar #312055 |
| GA Bar No.: | GA Bar No.: | | |

Order prepared and submitted by:

Name: Stephen F. Greenberg Phone: 912-233-2351

GA Bar No.: 307750 Email: sgreenberg@wswgs.com

Address: 14 E. State Street, Savannah, GA 31401