## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 15-40789-EJC |
| | : CHAPTER: 13 |
| | : |
| ARDER M. CHONG | : |
|     Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| USAA FEDERAL SAVINGS BANK, | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| ARDER M. CHONG | : |
| O. BYRON MEREDITH, III, Trustee | : |
|     Respondents. | : |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## PURSUANT TO CONSENT ORDER

Comes now USAA FEDERAL SAVINGS BANK, its successors or assigns, a secured creditor of the above-named Debtor, and respectfully shows the Court as follows:

1.

USAA FEDERAL SAVINGS BANK its successors or assigns, hereinafter known as "Movant", petitions the Court to lift the Automatic Stay as provided for in 11 U.S.C. §362 pursuant to a Consent Order entered on June 8, 2016 by this Court on a Motion for Relief from Automatic Stay filed by Movant on May 3, 2016.

2.

Movant asserts that Respondent has breached the terms of said Consent Order and therefore Movant is entitled to relief from the Automatic Stay.

3.

Movant brings this Motion supported by an Affidavit of Default defining the specific details of the delinquency (Exhibit "A").

WHEREFORE MOVANT PRAYS:

(a) That the Automatic Stay entered by this Honorable Court pursuant to 11 U.S.C. §362

      be modified so as to permit the Movant to exercise its right to foreclose its secured property under the terms of its Note and Security Instrument including, but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property. All communications sent by Secured Creditor in connection with proceeding against the property including notices required by state law may be sent directly to Debtor.

(b) That the Order lifting the stay waive the fourteen day stay provision as prescribed by Bankruptcy Rule 4001(a)(3); and

(c) For such other and further relief as this Court deems just and proper.

RUBIN LUBLIN, LLC

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I, Lisa F. Caplan of Rubin Lublin, LLC certify that on the 3rd day of April, 2017, I caused a copy of the Motion for Relief Pursuant to Consent Order, Affidavit of Default under Consent Order, and Proposed Order Modifying Stay to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Arder M. Chong
PO Box 465
Walthourville, GA 31333

John E. Pytte, Esq.
P O Box 949
Hinesville, GA 31310

O. Byron Meredith, III, Trustee
P O Box 10556
Savannah, GA 31412


/s/ Lisa F. Caplan                      Executed on: 4/3/2017
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor