UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

In re:                                        Case No. 15-40789-EJC

ARDER M. CHONG

Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

O. Byron Meredith III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2015.

2) The plan was confirmed on 01/05/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/02/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 04/05/2017.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,810.00.

10) Amount of unsecured claims discharged without payment: $600.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $30,854.00 |
| Less amount refunded to debtor | $2,174.20 |
| **NET RECEIPTS:** | **$28,679.80** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $2,599.44 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,909.44** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICA'S SERVICING COMPANY | Secured | NA | NA | NA | 0.00 | 0.00 |
| AMERICA'S SERVICING COMPANY | Secured | 94,720.00 | 100,841.18 | NA | 0.00 | 0.00 |
| AURORA LOAN SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BEDFORD FAIR | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BROWNSTONE STUDIOS/COMMENIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Secured | 41,349.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK/THE HOME DEPOT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/BEDFORD FAIR | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/CHADWICKS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/PEEBLES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NAT'L BANK | Unsecured | 582.00 | 568.62 | 568.62 | 568.62 | 0.00 |
| EMC MORTGAGE/CHASE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 152,662.00 | 158,756.33 | NA | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | NA | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GECRB/JC PENNY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HEALTH CARE FAMILY C | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HEALTHCARE CREDIT UN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LAND HOME FINANCIAL SERVICES, | Secured | 2,203.46 | NA | NA | 0.00 | 0.00 |
| MORTGAGE SERVICE CENTER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 283,626.00 | 334,452.61 | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 78,700.00 | 84,396.73 | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 64,000.00 | NA | 62,813.11 | 16,657.42 | 0.00 |
| OCWEN LOAN SERVICING L | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 136,749.00 | 138,362.80 | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PNC MORTGAGE | Secured | 66,751.00 | 67,143.48 | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Secured | NA | NA | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PREFERRED CREDIT | Secured | 7,058.00 | 6,859.89 | NA | 0.00 | 0.00 |
| PRIMARY CAPITAL MORTGA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PRIMARY CAPITAL MORTGA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC | Secured | 72,477.00 | 72,477.78 | 72,477.78 | 2,582.13 | 1,143.41 |
| SUNTRUST MORTGAGE, INC | Secured | 134,217.00 | 137,027.80 | NA | 0.00 | 0.00 |
| SUNTRUST MORTGAGE, INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| SUNTRUST MORTGAGE/CC 5 | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| UNITED GUARANTY INSURANCE CO | Secured | 33,000.00 | 35,493.03 | 35,493.03 | 1,441.12 | 377.66 |
| US BANK | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| USAA FSB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NV NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $62,813.11 | $16,657.42 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $107,970.81 | $4,023.25 | $1,521.07 |
| **TOTAL SECURED:** | **$170,783.92** | **$20,680.67** | **$1,521.07** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$568.62** | **$568.62** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,909.44 |
| Disbursements to Creditors | $22,770.36 |
| **TOTAL DISBURSEMENTS:** | **$28,679.80** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/10/2017            By: /s/ O. Byron Meredith III
                                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**